# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Michael J. Willemin**
mwillemin@wigdorlaw.com

July 26, 2021

**VIA ECF**

The Honorable Marian W. Payson
United States Magistrate Judge
United States District Court
Western District of New York
100 State Street
Rochester, NY 14614

    Re:    <u>Doreen Raimondi v. Avaya, Inc., et al.; Case No.: 20-cv-06566</u>

Dear Judge Payson,

    We represent Plaintiff Doreen Raimondi in the above-referenced matter and write jointly with Defendants to respectfully request that the remaining deadlines contained in the Scheduling Order be extended by 30 days. Specifically, we request that the discovery completion date be extended from August 16, 2021 to September 15, 2021, and that the dispositive motion date be extended from September 13, 2021 to October 13, 2021.

    The parties have worked diligently and cooperatively in discovery and are continuing to do so. Additional time is necessary, however, to complete depositions. The parties anticipate three party depositions and two to three non-party depositions. This is the parties' second request for an extension of the Scheduling Order, and we do not anticipate the need for further extensions.

Respectfully,

Michael J. Willemin