

**Glen P. Doherty**
Partner
Direct Dial: 518.433.2433
Facsimile: 518.391.2103
gdoherty@hodgsonruss.com

June 22, 2022

**VIA ECF**

The Honorable Frank P. Geraci, Jr.
United States District Court
Western District of New York
100 State Street
Rochester, NY 14614

      Re:    <u>Doreen Raimondi v. Avaya, Inc., et al.; Case No.: 20-cv-06566</u>

Dear Judge Geraci:

    This firm represents Defendants in the above matter, and I am writing, with Plaintiff's consent, to request that the deadline for Defendants to file their reply be extended from July 5, 2022 to July 26, 2022.

    The basis of this request is due scheduling difficulties related to previously scheduled professional commitments, graduations and vacations, as well as the fact that Defendant Plunkett has left the employ of Avaya, Inc. Mr. Plunkett's availability is now very limited due to his new job.

    This is Defendant's first request for an extension.

                                  Respectfully submitted,

                                  *s/ Glen P. Doherty*

                                  Glen P. Doherty

cc:    Michael J. Willemin, Esq.